## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **STACY KELLE HUGHES** | * | **CIVIL ACTION** |
| | * | |
| | * | **NO. 17-322-JWD-EWD** |
| **VERSUS** | * | |
| | * | **JUDGE JOHN W. deGRAVELLES** |
| | * | |
| **STATE OF LOUISIANA, through the** | * | **MAGISTRATE JUDGE** |
| **Louisiana Department of Public Safety** | * | **ERIN WILDER-DOOMES** |
| **and Corrections, ET AL** | | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### NOTICE OF SETTLEMENT

**NOW INTO COURT,** through undersigned counsel, comes the Plaintiff, Stacy Kelle Hughes, and the Defendants, the State of Louisiana through the Department of Public Safety & Corrections& Secretary James LeBlanc, in his official capacity, (collectively "the Parties"), who inform the Court that the Parties have agreed in principle to a settlement in this matter. The Parties respectfully request that the Court issue a sixty (60) day dismissal order to allow enough time for the Parties to finalize the settlement.

Respectfully Submitted,

BIZER & DEREUS, LLC
Attorneys for Plaintiff
Andrew D. Bizer, Esq. (LA # 30396)
andrew@bizerlaw.com
Garret S. DeReus, Esq. (LA # 35105)
gdereus@bizerlaw.com
Marc P. Florman (:A #35128)
mflorman@bizerlaw.com.com
3319 St. Claude Ave.
New Orleans, LA 70117
T: 504-619-9999; F: 504-948-9996

By:/s/ Garret S. DeReus
    **Garret S. DeReus**

1

                          **JEFF LANDRY**
                          **ATTORNEY GENERAL**

BY:    /s/ *James G. Evans*
         James "Gary" Evans
         LSBA #35122
         Assistant Attorney General
         **Louisiana Department of Justice**
         Litigation Division, Civil Rights Section
         1885 North Third Street, 4th Floor
         Post Office Box 94005 (70804-9005)
         Baton Rouge, Louisiana 70802
         Telephone:   225-326-6300
         Facsimile:    225-326-6495
         E-mail:       evansj@ag.louisiana.gov
         *Attorney for Defendants*