UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| STACY KELLE HUGHES | * | CIVIL ACTION |
| | * | |
| | * | NO. 17-322-JWD-EWD |
| VERSUS | * | |
| | * | JUDGE JOHN W. deGRAVELLES |
| | * | |
| STATE OF LOUISIANA, through the | * | MAGISTRATE JUDGE |
| Louisiana Department of Public Safety | * | ERIN WILDER-DOOMES |
| and Corrections, ET AL | | |

*********************************************************************

## JUDGMENT

Considering the Parties' *Motion to Dismiss* filed in the above captioned matter:

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that this matter is **DISMISSED WITH PREJUDICE**, with each party to bear its own attorneys' fees and costs.

Baton Rouge, Louisiana, this 21st day of December, 2018.

_____
JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

1